## BARBARA OAKLEY *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 506 (AC 12900), is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that the Superior Court had jurisdiction to consider the plaintiff's motion for fees and expenses under General Statutes § 4-184a?"

The Supreme Court docket number is SC 15316.

*Charles Krich,* staff attorney, in support of the petition.

*A. Susan Peck,* in opposition.

Decided September 28, 1995